**E-FILED on 01/29/15**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD WAYNE DOMINGUES, | ) | No. C 13-4642 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| RONALD RACKLEY, | ) | |
| Respondent. | ) | |

The court has dismissed the instant petition for a writ of habeas corpus as untimely. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/29/15

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\RMW\HC.13\Domingues642jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EDWARD WAYNE DOMINGUES,

        Plaintiff,

  v.

RONALD RACKLEY,

        Defendant.

Case Number: CV13-04642 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Wayne Domingues AC 9156
D5B-126
California Health Care Facility
P.O. Box 32080
Stockton, CA 95213

Dated: January 29, 2015

                                  Richard W. Wieking, Clerk
                                  By: Jackie Lynn Garcia, Deputy Clerk